1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11     CHANDRA KISHOR,                              No.  2:19-cv-01556-TLN-DB

12                    Petitioner,

13            v.                                     **ORDER**

14     UNKNOWN,

15                    Respondent.

16

17            Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas

18     corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges his 1999 conviction in the Sacramento

19     Superior Court.  The matter was referred to a United States Magistrate Judge pursuant to 28

20     U.S.C. § 636(b)(1)(B) and Local Rule 302.

21            On January 21, 2020, the magistrate judge filed findings and recommendations herein

22     which were served on Petitioner and which contained notice to Petitioner that any objections to

23     the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.)

24     Petitioner requested and was granted a sixty-day extension of time to file objections.  (ECF Nos.

25     11, 12.)  However, those sixty days have passed, and Petitioner has not filed objections to the

26     findings and recommendations.

27            The Court has reviewed the file and finds the findings and recommendations to be

28     supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed January 21, 2020, are adopted in full;

2.  The petition is DISMISSED without prejudice because it is premised on an unauthorized successive petition for writ of habeas corpus under 28 U.S.C. § 2254; and

3. The Clerk of the Court is directed to close this case.

DATED:  May 11, 2020

Troy L. Nunley
United States District Judge

2