UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANDRA KISHOR,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　　Respondent. | No.  2:19-cv-1556 TLN SCR P<br><br><br><br>ORDER |

　　　Petitioner, a state prisoner proceeding pro se, filed a document entitled "Motion to Amend."  This petition for writ of habeas corpus was dismissed on May 12, 2020.  Future documents filed in this case by petitioner will be disregarded and no orders will issue in response to future filings.

　　　It appears that petitioner may be seeking to file an action under 42 U.S.C. §1983.  If so, petitioner must open a new case and use the court's form entitled "Civil Rights Complaint by a Prisoner."

DATED: October 2, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE